# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM ITUAH (U.S.CITIZEN) | ) | Docket No. 16-5772 |
| Plaintiff | ) | |
| VS | ) | **FILED** |
| THE CITY OF PHILADELPHIA, | ) | JAN 2 3 2017 |
| SHERIFF JEWELL WILLIAMS, | ) | KATE BARKMAN, Clerk |
| CYNTHIA STAVRAKIS (CITY LAWYER), | ) | By _____ Dep. Clerk |
| DIMITROS DIMOPOLOUS (GREEK CITIZEN) | ) | |
| COOL SPACES, LLC (FOREIGN THIRD PARTY PURCHASER) | | |
| Defendants | | |

**PLAINTIFF RESPONSE TO DEFENDANTS, DIMITRIOUS DIMOPOLOUS & COOL SPACES, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULE OF PROCEDURE 12(b)(6) AND 12(b)(1).**

1. Denied. No public action was conducted on the subject property, otherwise Plaintiff would have had the opportunity to know about it as a real estate broker.

2. Denied. Plaintiff's complaint is a new action alleging abuse of power and fraudulent misrepresentation. Not as Defendants appear to suggest.

3. Denied. No abuse of power and Fraudulent Misrepresentation case was filed before.

4. Not relevant to this new action.

5. Not relevant to this new pending action.

6. Not relevant to this new pending action.

7. Not relevant to this pending action.

8. Not relevant to this pending action.

9. Not relevant to this new action of abuse of power and Fraudulent Misrepresentation.

10. Denied. There was never a time abuse of power and Fraudulent Misrepresentation was raised in Plaintiff's previous actions.

WHEREFORE, all facts presented are not relevant to the pending action. Plaintiff requests this Honorable court to deny Defendants' Motion to dismiss because the reasons lack merit and Defendants failed to provide answer within 21 days as required by Federal law.

Respectfully submitted,

Plaintiff: Abraham Ituah

Dated 1/23/2017