IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRAHAM ITUAH,

    *Plaintiff*,

v.

CITY OF PHILADELPHIA, *et al.*

    *Defendants*.

CIVIL ACTION
NO. 16-05772

## ORDER

**AND NOW**, this 15th day of May, 2017, upon consideration of Defendants' motions to dismiss, (ECF Nos. 6 & 12), and Plaintiff Ituah's responses, (ECF Nos. 15 & 19), it is hereby **ORDERED** that:

1. Defendants' motions to dismiss, (ECF Nos. 6 & 12), are **GRANTED**;

2. Ituah's claims are **DISMISSED**;[4]

3. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[4]     To the extent Ituah's claims are barred by *Rooker-Feldman*, the Court dismisses them without prejudice for lack of subject matter jurisdiction. However, the Court dismisses with prejudice those claims that do not implicate *Rooker-Feldman* but are nonetheless barred by *res judicata*.